United States District Court
Southern District of Texas
**ENTERED**
May 22, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| K.Y.M.C., C.Y.M.C., and HENRRY YOVANY MELGAR MADRID as next friend, | § § § § | |
| Petitioners, | § § § | |
| VS. | § § | CIVIL ACTION NO. 4:26-1656 |
| SEC. ROBERT F. KENNEDY, JR., *et al.* | § § | |
| Respondents. | § § | |

## ORDER OF DISMISSAL

Minor petitioners K.Y.M.C. and C.Y.M.C, through their father and next friend Henrry Yovany Melgar Madrid, filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241 (Dkt. 1). The respondents filed a response (Dkt. 6) to the order to show cause and state that the minors were released to their father on May 9, 2026, that the relief sought is moot, and that the case should be dismissed. The petitioners do not oppose dismissal without prejudice but provide an express statement reserving and preserving certain rights (Dkt. 7).

The Court **ORDERS** that this habeas action is dismissed without prejudice. All pending motions, if any, are **DENIED as moot**.

The Clerk will provide a copy of this order to the parties.

SIGNED at Houston, Texas on May 21, 2026.

GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE